# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ANTHONY GARRETT, SR., *Individually, and As Successors in Interest to the Estate of Anthony Garrett Jr.*,

    Plaintiff,

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,

    Defendant.

2:19-CV-1159 JCM-VCF

**ORDER**

Before the Court is the Motion to Withdraw as Local Counsel (ECF No. 22).

The parties have filed a proposed stipulation and order for dismissal (ECF No. 24).

Accordingly,

IT IS HEREBY ORDERED that the telephonic hearing on the Motion to Withdraw as Local Counsel (ECF No. 22), scheduled for 10:00 AM PDT, May 15, 2020, is VACATED.

IT IS FURTHER ORDERED that the Motion to Withdraw as Local Counsel (ECF No. 22), is DENIED as MOOT.

DATED this 12th day of May, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE