```
 1  E. BRENT BRYSON, LTD.
    E. BRENT BRYSON, ESQ.
 2  Nevada Bar No. 4933
    7730 W. Sahara Ave., Suite 109
 3  Las Vegas, Nevada 89117
    (702) 364-1234 PHONE
 4  (702) 364 -1442 FAX
 5  Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| ANTHONY GARRETT, SR., | Case No.: 2:19-cv-01159-JCM-VCF |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT; OFFICER D. JAPPE, individually and in his official capacity; OFFICER J. BERTUCCINI, individually and in his official capacity; SGT. ANDREW PENNUCCI, individually and in his official capacity; OFFICER ERNEST MORGAN, individually and in his official capacity; LT. T. MELTON, individually and in his official capacity; DETECTIVE CEASER SEDANO, individually and in his official capacity; OFFICER JASON ROSE, individually and in his official capacity; LT. JOSHUA MARTINEZ, individually and in his official capacity; OFFICER MICHAEL SANTOYO, individually and in his official capacity; DOE OFFICERS I through X; and ROES XI through XX, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between Defendants Las Vegas Metropolitan Police Department, Officer J. Bertuccini, Sgt. Andrew Pennucci, Officer Ernest Morgan, Lt. T. Melton, Detective Cesar Sedano, Officer Jason Rose, Lt., Joshua Martinez, Officer D. Jappe, and Officer Michael Santoyo, by and through their attorneys of record, the law firm of Marquis Aurbach Coffing; and Plaintiff, Anthony Garrett, Sr., by and through his attorney of record, E.

Brent Bryson, Esq., with the law offices of E. Brent Bryson, Ltd. (collectively "the Parties), that the parties agree as follows :

1. Any and all claims with respect to the above-captioned matter are hereby dismissed with prejudice as to Plaintiff Anthony Garrett, Sr., and Defendants Las Vegas Metropolitan Police Department, Officer J. Bertuccini, Sgt. Andrew Pennucci, Officer Ernest Morgan, Lt. T. Melton, Detective Cesar Sedano, Officer Jason Rose, Lt., Joshuan Martinez, Officer D. Jappe, and Officer Michael Santoyo; and

2. Each party will bear its own attorney fees and costs.

3. Out of state counsel, Jamon Hicks, Esq. is in agreement with the dismissal and his Motion to Dismiss is attached hereto as Exhibit "A". Plaintiff's counsel does not believe out of state counsel's motion is valid for anything more than authorization to dismiss since he was never admitted Pro Hac Vice, thus unable to file documents in this case.

Dated this 11th day of May, 2020.

E. BRENT BRYSON, LTD.

By: *s/E. Brent Bryson*_____
   E. Brent Bryson, Esq.
   Nevada Bar No. 4933
   7730 W. Sahara Ave., Suite 109
   Las Vegas, Nevada 89117
   Attorney for Plaintiff

Dated this 11th day of May, 2020.

MARQUIS AURBACH COFFING

By: *s/Craig R. Anderson*_____
   Craig R. Anderson, Esq.
   Nevada Bar No. 6882
   Jackie V. Nichols, Esq.
   Nevada Bar No, 14246
   Las Vegas, NV 89145
   Attorneys for Defendants

**ORDER**

IT IS SO ORDERED May 15, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "A"

1  **JAMON R. HICKS, Esq. (SBN 232747)**
2  *jamon@douglashickslaw.com*
   **DOUGLAS / HICKS LAW, APC**
3  5120 W. Goldleaf Circle, Suite 140
   Los Angeles, California 90056
4  Tel: (323) 655-6505; Fax: (323) 927-1941

5  Attorney for Plaintiffs

6                        **UNITED STATES DISTRICT COURT**

7                                **DISTRICT OF NEVADA**
8

9  ANTHONY GARRETT SR.,                    )  CASE NO.: 2:19-CV-01159-JCM-VCF
10 Individually, and As Successors in      )
   Interest to the Estate of Anthony       )
11 Garrett Jr.,                            )  **PLAINTIFF'S NOTICE OF**
                                           )  **VOLUNTARY DISMISSAL**
12              *Plaintiffs*,              )
                                           )
13 v.                                      )
                                           )
14 LAS VEGAS METROPOLITAN                  )
   POLICE DEPARTMENT;                      )
15 OFFICER D. JAPPE, individually          )
   and in his official capacity;           )
16 OFFICER J. BERTUCCINI,                  )
   individually and in his official        )
17 capacity; SGT ANDREW                    )
   PENNUCCI, individually and              )
18 official capacity; OFFICER              )
   ERNEST MORGAN, individually             )
19 and in his official capacity; LT T.     )
   MELTON, individually and in his         )
20 individual capacity; DETECTIVE          )
   CEASER SEDANO, individually             )
21 and in his official capacity;           )
   OFFICER JASON ROSE,                     )
22 individually and in his official        )
   capacity; LT JOSHUA                     )
23 MARTINEZ, individually and in his       )
   official capacity; OFFICER              )
24 MICHAEL SANTOYO,                        )
   individually and in his official        )
25 capacity; DOE OFFICERS I                )
   through X; DOES XI through XX,          )
26 inclusive,
27              *Defendants*.
28

                                         1

1 | **COMES NOW** the Plaintiff in the above-entitled action, by and through
2 | their attorneys of record, *Douglas / Hicks Law, APC*, and pursuant to Federal Rule
3 | of Civil Procedure 41, hereby respectfully gives Notice of Voluntary Dismissal
4 | With Prejudice.

Dated: May 6, 2020                    *DOUGLAS / HICKS LAW, APC*

By:    /s/ Jamon R. Hicks
       **JAMON R. HICKS, ESQ.**
       Attorneys for Plaintiffs
       (SBN 232747)
       5120 W. Goldleaf Circle, Suite 140
       Los Angeles, California 90056
       Tel: (323) 655-6505; Fax: (323) 927-1941

2

## CERTIFICATE OF MAILING

I hereby certify that I served E. Brent Bryson (for electronic filing) the foregoing PLAINTIFF's NOTICE OF VOLUNTARY DISMISSAL with the Clerk of the Court for the United States District Court for him as local counsel to use the Court's CM/ECF system on the 6th day of May, 2020 and electronically served on the following:

JACKIE NICHOLS, ESQ.
MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
jackie@maclaw.com

Dated this 6th day of May, 2020.

/S/ **Jamon R. Hicks**
Attorney for Plaintiff,
Anthony Garrett Sr.